No. 91–478. SHINCHOSHA CO. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SHIMIZU, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–499. HANESWORTH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–523. ELLERY *v.* COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–533. CHARLES J. ROGERS CONSTRUCTION *v.* TRUSTEES FOR MICHIGAN CARPENTERS COUNCIL HEALTH AND WELFARE FUND. C. A. 6th Cir. Certiorari denied.

No. 91–544. CAMPBELL'S MOVING CO., INC. *v.* GOOZMAN, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 91–546. LATROBE BREWING CO. ET AL. *v.* TONY SAVATT, INC. Super. Ct. Pa. Certiorari denied.

No. 91–550. MILLIGAN *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 91–551. DAVIS *v.* KAMBARA KISEN CO., LTD. C. A. 3d Cir. Certiorari denied.

No. 91–555. LINDSEY *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 91–561. UBEROI *v.* UNIVERSITY OF COLORADO ET AL. Ct. App. Colo. Certiorari denied.

No. 91–562. BANKS *v.* CITY OF SAN JOSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–567. WALTON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–568. COOK ET UX. *v.* ATLANTIC RICHFIELD CO. C. A. 10th Cir. Certiorari denied.